IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNIVERSAL BONDING INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:03-CV-453 (SHIRLEY) |
| MIDSTATE CONSTRUCTION, LLC, et al., | ) ) | |
| Defendants. | ) ) ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 59].

On November 1, 2006, the parties appeared before the Court telephonically for a motion hearing on defendant Midstate Construction, LLC's ("Midstate") Second Motion to Extend Time to File Response to Dispositive Motions [Doc. 79], Motion to Continue Hearing on Dispositive Motions [Doc. 80], and Motion to Extend Deadline for Discovery [Doc. 81], all filed on October, 30, 2006. Attorney Philip Robertson appeared on behalf of plaintiff Universal Bonding Insurance Company. Attorney Robert Vogel appeared on behalf of defendant Midstate, and Attorney John Cleveland appeared on behalf of defendant Midwest Insert Composite Molding and Assembly, Inc.

For the reasons discussed during the hearing, Midstate's motions [**Docs. 79, 80, and 81**] are **GRANTED**. The discovery deadline is extended to **November 17, 2006**, but only to the extent that Midstate shall be allowed to take the depositions of Mr. G.L. Patel, Mr. A.K. Patel, and

1

Mr. Bob Smith. The deadline for responses to dispositive motions is extended to **November 27, 2006**, and replies shall be filed on or before **December 12, 2006**. A hearing on motions for summary judgment will be held on **December 19, 2006, at 1:30 p.m.** A new pretrial conference date will not be set at this time.

It is therefore **ORDERED:**

1. The discovery deadline is extended to **November 17, 2006**, but only to the extent that Midstate shall be allowed to take the depositions of Mr. G.L. Patel, Mr. A.K. Patel, and Mr. Bob Smith.

2. The deadline for responses to dispositive motions is extended to **November 27, 2006**.

3. Replies to dispositive motions shall be filed on or before **December 12, 2006**.

4. A hearing on motions for summary judgment will be held on **December 19, 2006, at 1:30 p.m.**

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge